IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| SCOTT ROSS ADAMS, | : | |
| a/k/a SCOTT R. ADAMS, | : | CASE NO.: 26-11341 |
| a/k/a SCOTT ADAMS, | : | |
| | : | |
| Debtor(s) | : | |

| | | |
|---|---|---|
| SCOTT ROSS ADAMS, | : | MOTION TO AVOID LIEN |
| Movant | : | |
| v. | : | |
| FULTON BANK N.A. and | : | |
| SCOTT F. WATERMAN, TRUSTEE | : | |
| Respondents | : | |

## SECOND AMENDED ORDER

Upon consideration of Debtor's Motion to Avoid Judicial Lien of Fulton Bank, N.A., it is hereby ORDERED that Debtor's Motion is GRANTED, and the judgment of Fulton Bank, N.A., as recorded with the Lehigh County Prothonotary at Civil Number 2024-N-0238 be and is hereby AVOIDED, and shall not serve as a lien against the property known as 210 North 1st Street, Emmaus, Lehigh County, Pennsylvania. A copy of this Order may be filed with the Lehigh County Prothonotary to avoid or "satisfy" the lien of record provided, however, that this Order shall become effective and may be recorded only if and when the Debtor receives a Chapter 13 discharge in this matter.

_____

**Patricia M. Mayer, Bankruptcy Judge**